# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134541

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLEVELAND COLEMAN,
      Defendant-Appellant.

SC: 134541
COA: 269372
Saginaw CC: 01-019848-FH

_____/

      On order of the Court, the application for leave to appeal the June 7, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

s1119